**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ELAINE KENO, | : | No. 151 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PA, CHESTER | : | |
| COUNTY COMMON PLEAS COURT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Application for Leave to Amend is **GRANTED**, and the Application for Extraordinary Relief is **DENIED**. Petitioner's request to seal the instant Miscellaneous Docket matter is **DENIED**.